**LARISSA MARTINS - KRAMER, ESQ.**                    **DETAINED**

**MARTINS LAW GROUP, P.C.**

**1460 Morris Avenue, Suite 2C**

**Union, New Jersey 07083**

**Tel.: (973) 699-5961**

**lawyerlarissa@martinslawgroup.org**

**EOIR ID: UU799139**

**Attorney for Petitioner**

# ORDER

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Cesar REMENTERIO REQUENA,**<br>**File No.: A# 240-669-957**<br>                    Petitioner,<br><br>        v.<br><br>**WARDEN,**<br>Warden of Delaney Hall Detention Facility, et. al;<br>                    Respondents. | Civil Action No. 2:26-cv-07975-JKS<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

### STIPULATION OF DISMISSAL

Petitioner Cesar Rementerio Requena ("Petitioner") and Respondents Warden of Delaney Hall Detention Facility, John Tsoukaris, David Venturella, Markwayne Mullin, and Todd Blanche (collectively, "Respondents"), by and through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as follows:

1. On June 30, 2026, Petitioner filed the above-captioned Second Petition for Writ of Habeas Corpus (ECF No. 1) pursuant to 28 U.S.C. § 2241, together with a Motion for Protective Order and Preliminary Injunction (ECF No. 2).

2. On July 6, 2026, this Court denied Petitioner's Motion for Protective Order and Preliminary Injunction without prejudice, directed Respondents to answer the Petition, and ordered that Petitioner not be transferred from the District of New Jersey during the pendency of these proceedings (ECF No. 4).

3. On July 13, 2026, Respondents filed their Response to the Petition and the administrative record (ECF Nos. 6, 7).

4. Petitioner, after consultation with undersigned counsel and upon his own knowing, voluntary, and informed decision, no longer wishes to pursue this action and elects not to further contest his removal from the United States. Petitioner's informed consent to this dismissal is memorialized in a declaration executed by Petitioner, a copy of which is retained in counsel's file and available to the Court upon request.

5. Because Respondents have already filed a Response to the Petition, dismissal by notice under Fed. R. Civ. P. 41(a)(1)(A)(i) is no longer available. The parties therefore stipulate to dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), which does not require a court order to take effect.

6. The above-captioned action, including all claims asserted in the Petition (ECF No. 1) and all related motions, is hereby **DISMISSED WITHOUT PREJUDICE**, subject to the Two-Dismissal Rule of Fed. R. Civ. P. 41(a)(1)(B) to the extent applicable.

7. Each party shall bear its own costs and attorneys' fees.

8. Upon the filing of this Stipulation, the restriction on Petitioner's transfer from the District of New Jersey set forth in this Court's Orders of June 30, 2026 (ECF No. 3) and July 6, 2026 (ECF No. 4) is dissolved, as it was ancillary to and dependent upon the pendency of this action.

Dated:  July 17, 2026

Respectfully submitted,

_____
Larissa Martins-Kramer, Esq.
MARTINS LAW GROUP, P.C.
1460 Morris Avenue, Suite 2C
Union, New Jersey 07083
Tel.: (973) 699-5961
lawyerlarissa@martinslawgroup.org
EOIR ID: UU799139 / NJ Bar No. 348462023
Attorney for Petitioner


_s/ Jessica Laserna_____
ROBERT FRAZER
United States Attorney
by: JESSICA LASERNA
Assistant United States Attorney
970 Broad Street, Room 700
Newark, NJ 07102
973-297-2019
jessica.laserna@usdoj.gov

**SO ORDERED this 21st day of July, 2026.**

____/s/ Jamel K. Semper_____
**Hon. Jamel K. Semper, U.S.D.J.**